This document constitutes a ruling of the court and should be treated as such.

**Court:** CO El Paso County District Court 4th JD

**Judge:** Thomas Kelly Kane

**File & Serve Transaction ID:** 36080078

**Current Date:** Feb 23, 2011

**Case Number:** 2010CV6717

**Case Name:** Dawn M. Lynch vs L'oreal USA S/D, Inc.

**Court Authorizer:** Thomas Kelly Kane

**EFILED Document**
**CO El Paso County District Court 4th JD**
**Filing Date: Feb 23 2011  3:39PM MST**
**Filing ID: 36108835**
**Review Clerk: Jeanne Golding**

**Court Authorizer Comments:**

grant additional 60 days

**/s/ Judge Thomas Kelly Kane**



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Thomas K. Kane
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. TEJON ST.,<br>COLORADO SPRINGS, CO 80903 | |
| PLAINTIFFS:<br>DAWN M. LYNCH<br>vs.<br>DEFENDANTS:<br>L'OREAL USA S/D, INC., a Delaware corporation, dba LANCOME and registered to do business in Colorado | Case Number<br><br>2010 CV 6717<br><br>Div.:  3 |
| Ron J. Robinson, Attorney for Plaintiffs<br>1155 Kelly Johnson Blvd., Suite 111<br>Colorado Springs, CO 80920<br>Phone:  (719) 330-6677<br>Fax:     (719) 265-9298<br>E-mail   Ron@ronrobinsonlaw.com<br>Atty. Reg. # 1203 | Judge Kane |
| DELAY PREVENTION ORDER | |

The court has read the Status Report and Motion for additional time to attempt settlement and avoid the cost and resource consumption of litigation.  The court notes the need for filing due to the statute of limitation, appreciates this approach and accepts the assertions of the Motion as persuasive.

IT IS THEREFORE ORDERED that process will be served within 60 days of the date of this Order unless both parties can report to the court a settlement or an optimistic expectation of a settlement within the 60 days or shortly thereafter.


Dated:                                                                                         _____
                                                                                                Thomas Kelly Kane – District Judge