IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1343-RBJ-MJW

DAWN M. LYNCH,
SHAWN P. LYNCH,

    Plaintiffs,

v.

L'OREAL USA S/D, INC., a Delaware corporation, d/b/a LANCOME, registered to do business in Colorado,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER TO VACATE SETTLEMENT CONFERENCE AND RESET FOR A LATER DATE
( Docket No. 17 )

---

This matter comes before the Court upon the Stipulated Motion to Amend Scheduling Order to Vacate Settlement Conference and Reset for a Later Date [Doc. 17] filed by the parties. Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes:

The stipulated motion is hereby GRANTED. The parties are directed to contact the Clerk of the Magistrate Judge within ten (10) days of this Order to set a new date for the Settlement Conference in this matter. Such settlement conference date will be after March, 20, 2012. The settlement conference set for December 1, 2011 at 10:00 AM is VACATED.

MJW
11-14-11

Done this 14th day of November 2011.

By the Court,

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

CHAMBERS TELEPHONE NUMBER (303) 844-2403