IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1343-RBJ-MJW

DAWN M. LYNCH,
SHAWN P. LYNCH,

    Plaintiffs,

v.

L'OREAL USA S/D, INC., a Delaware corporation, d/b/a LANCOME, registered to do business in Colorado,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO VACATE SETTLEMENT CONFERENCE (Docket No. 26)

    This matter comes before the Court upon the Unopposed Motion to Amend Scheduling Order to Vacate Settlement Conference [Doc. 26] filed by the parties. Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes:

    The Motion is hereby GRANTED.

    The Settlement Conference set for April 10, 201 in this matter is vacated. No settlement Conference will be scheduled without Motion of a party requesting one and good cause shown.

    Done this 13th day of February 2012.

                                  By the Court,

                                  MICHAEL J. WATANABE
                                  U.S. MAGISTRATE JUDGE
                                  DISTRICT OF COLORADO