IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01343-RBJ-MWJ

DAWN M. LYNCH and SHAWN P. LYNCH,

    Plaintiffs,

v.

L'OREAL USA S/D, INC., a Delaware corporation, d/b/a Lancome, registered to do business in Colorado,

    Defendants.

## ORDER

The Court has reviewed the plaintiffs' response [Docket #32] to this Courts Order to Show Cause [Docket #31] as well as the defendants reply [Docket #33]. The Court will grant the plaintiffs until July 31, 2012 to file a response to the motion for summary judgment [Docket #29]. A motion for summary judgment claims that there are no genuine issues of material fact in dispute, and that the case can be resolved by the Court without a trial based upon issues of law. See Rule 56, Federal Rules of Civil Procedure. The party opposing summary judgment must show (by affidavits, documents, deposition testimony or otherwise that there are issues of fact that are genuinely disputed and that are material to a resolution of the legal issues. The party cannot just rely on its pleadings in response to a motion for summary judgment. Plaintiffs' response to the motion for summary judgment, which was filed on March 27, 2012, was due approximately 21 days thereafter and is now significantly overdue. The Court grants this

extension in deference to plaintiffs' pro se status but cannot give legal advice beyond explaining what a summary judgment motion is.

DATED this 16th day of July, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge