IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01343-RBJ-MJW

DAWN M. LYNCH, and
SHAWN P. LYNCH,

    Plaintiffs,

v.

L'OREAL USA S/D, INC., a Delaware corporation, d/b/a Lancome, registered to do business in Colorado,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [#38] filed September 24, 2012, by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant L'Oreal's motion for summary judgment is GRANTED. The Court enters its final judgment dismissing this case and all claims within. Because of the nature of the reasons for dismissal, essentially failure properly to prosecute, the DISMISSAL IS WITHOUT PREJUDICE. It is

FURTHER ORDERED the defendant is awarded its reasonable costs as the prevailing party. Accordingly, the defendant is AWARDED its costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 25th day of September, 2012.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                            Edward P. Butler,  Deputy Clerk